# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
_____ DIVISION

(Name of Plaintiff)
**Plaintiff** Devin Ely

vs.   :   Civil Action No. _____

(Name of Defendant(s))
**Defendant**

Mobile County School Board    jury requested

## (Amended) COMPLAINT
(Double space text of complaint)

1.

(Grounds for jurisdiction)

2.

(Show plaintiff's name(s) and residence or address)

Devin Ely
1812 Ogburn Ave
Mobile, AL 36605

3.

(Show defendant(s) name(s) and address(es))

Mobile County School Board
1 Magnum Pass Bldg. 1
Mobile, AL 36618

4.

(State briefly your legal claim or your reason for filing suit. Include the statue under which the suit is filed.) Education, McKinney Vento, Special Education, Unsportsmans like Conduct, Slander, Illegal Withdrawal, Grade hinderance

5.

(Give a brief, concise statement of the specific facts involved in your case) I was discriminated against for race, size, disabilities. This has caused me to limited in choices for higher education and preparedness. and possible scholarships opportunities.

6.

(State the relief you are requesting.) Seeking punitive and compensatory damages continued education assitance. Emotional stress and mental anguish.

_____
(Signature and date), pro se

1812 Ogburn Ave Mobile, Al
(Address)

(251) 307-0520 (251) 382.5452
(Phone Number)